## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 383 MAL 2018

           Respondent       :

                              :   Petition for Allowance of Appeal from

                              :   the Order of the Superior Court

          v.                 :

                              :

LONNY LYSAK,                 :

                              :

           Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.